IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiffs, | ) | No. 1:08-CR-00029 LJO |
| vs. | ) | ORDER OF RELEASE |
| TOMA CHHUN, | ) | |
| Defendant. | ) | |

The above-named defendant having been sentenced on August 5, 2013, to Time Served and one day,

IT IS HEREBY ORDERED that the defendant shall be released to a representative of Turning Point to be released on Tuesday, August 6, 2013 between the hours of 10:00 am to 2:00pm. A certified Judgment and Commitment order to follow.

IT IS SO ORDERED.

**Dated: August 5, 2013** /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE